**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **FM Coal, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2381768** |

4. Debtor's address

**Principal place of business**

**4650 Flat Top Road**
**Graysville, AL 35073**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

**PO Box 1608**
**Jasper, AL 35502**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 20-02783-TOM11    Doc 1    Filed 09/01/20    Entered 09/01/20 14:05:33    Desc Main
Document    Page 1 of 29

**7. Describe debtor's business**

**A.** *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B.** *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

- ☐ No
- ☒ Yes.

| | Debtor | **See Attachment** | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

           Contact name  _____

           Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **FM Coal, LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on OX/31/2020
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Michael Costello**
Printed name

Title **Sole Member**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 9/1/2020
MM / DD / YYYY

**Jesse S. Vogtle, Jr.**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**1901 Sixth Avenue North, Suite 1400**
**Birmingham, AL 35203**
Number, Street, City, State & ZIP Code

Contact phone **205-226-5731**    Email address **jesse.vogtle@wallerlaw.com**

**asb-0574-t44j AL**
Bar number and State

| Debtor | FM Coal, LLC | Case number *(if known)* | |
|--------|--------------|--------------------------|--|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>NORTHERN DISTRICT OF ALABAMA</td></tr>
<tr><td>Case number *(if known)*</td><td>Chapter   **11**</td></tr>
</table>

☐ Check if this an
    amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|--|--|--|--|--|
| Debtor | Best Coal, Inc. | | Relationship to you | subsidiary |
| District | ALNB | When | Case number, if known | not assigned |
| Debtor | Cane Creek, LLC | | Relationship to you | subsidiary |
| District | ALNB | When | Case number, if known | not assigned |
| Debtor | Cedar Lake Mining, Inc. | | Relationship to you | subsidiary |
| District | ALNB | When | Case number, if known | not assigned |
| Debtor | M. S. & R. Equipment Co., Inc. | | Relationship to you | subsidiary |
| District | ALNB | When | Case number, if known | not assigned |
| Debtor | Xinergy of Alabama, Inc. | | Relationship to you | subsidiary |
| District | ALNB | When | Case number, if known | not assigned |

Case 20-02783-TOM11   Doc 1   Filed 09/01/20   Entered 09/01/20 14:05:33   Desc Main
Document     Page 5 of 29

# United States Bankruptcy Court
## Northern District of Alabama

In re **FM Coal, LLC** _____

Debtor(s)

Case No. _____

Chapter **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **08/31/2020** _____

Signature _~Michael T. Costello~_

**Michael Costello**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# RESOLUTION OF THE SOLE MEMBER OF FM COAL, LLC

WHEREAS, by resolutions adopted on the date hereof, Michael Costello, as the sole member of FM Coal, LLC (the "Company"), has determined it is desirable and in the best interests of the Company, its respective creditors, and other parties in interest, that the Company be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition to be filed by the Company, the "Chapter 11 Case") under the provisions of chapter 11 of Title 11 of the United States Code (11 U.S.C. §§ 101 *et seq*., the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court") or other court of competent jurisdiction; and

WHEREAS, in confirmation of such resolutions the sole member of the Company hereby adopts these resolutions;

NOW, THEREFORE, be it:

RESOLVED, that the sole member of the Company is authorized, empowered, and directed to execute and file all petitions, schedules, lists, and other motions, pleadings, papers, or documents (including the filing of financing statements), and to take any and all action that he deems necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Company's business and to take and perform any and all further acts and deeds that he deems necessary, appropriate, or desirable in connection with the Chapter 11 Case; and be it further

RESOLVED, that the sole member of the Company be, and hereby is, authorized and empowered to retain on behalf of the Company the law firm of Waller Lansden Dortch & Davis, LLP to represent the Company as its counsel in connection with the Chapter 11 Case or any case commenced by the Company under the Bankruptcy Code or in the Bankruptcy Court and all related matters; and be it further

RESOLVED, that the sole member of the Company be, and hereby is, authorized and empowered to retain on behalf of the Company Aurora Management Partners to represent the Company as its financial advisor in in connection with the Chapter 11 Case or any case commenced by the Company under the Bankruptcy Code or in the Bankruptcy Court and all related matters; and be it further

RESOLVED, that the sole member of the Company be, and hereby is, authorized and empowered to retain on behalf of the Company Donlin Recano & Company, Inc., as the notice, claims, solicitation and balloting agent in connection with the Chapter 11 Case or any case commenced by the Company under the Bankruptcy Code or in the Bankruptcy Court and all related matters; and be it further

RESOLVED, that the sole member of the Company be, and hereby is, authorized, empowered and directed to employ any other professionals to assist the Company in carrying out its duties in the Chapter 11 Case or under the Bankruptcy Code; and, in connection therewith, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the

services of any other professionals as necessary, appropriate, or desirable, including (without limitation) special counsel to the extent determined necessary, appropriate, or desirable; and be it further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the sole member of the Company, the sole member of the Company (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, in each case as in such sole member's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Chapter 11 Case or the Resolutions adopted hereby; and be it further

RESOLVED, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company prior to the date of this consent on behalf of such Company be and are hereby in all respects are approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the sole member of the Company; and be it further

RESOLVED, that the sole member of the Company (and his designees and delegates) be and hereby is authorized and empowered to take all actions or to not take any action in the name of and on behalf of the Company with respect to the Chapter 11 Case or other transactions contemplated by these Resolutions hereunder as such sole member shall deem necessary, appropriate, or desirable in such sole member's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated hereby.

Dated: August **3|** , 2020

FM Coal, LLC

By: _____

Michael Costello
Title: Its Sole Member

**United States Bankruptcy Court**
**Northern District of Alabama**

In re   **FM Coal, LLC** _____    Case No. _____
                                       Debtor(s)         Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **08/31/2020** _____           _Michael T. Costello_ _____
                                              **Michael Costello/Sole Member**
                                              Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

| | | |
|---|---|---|
| Aaron D Wright<br>REDACTED<br>REDACTED<br>REDACTED | Alabama Power Company<br>P.O. Box 242<br>Birmingham, AL 35292 | Anthony J Jent<br>REDACTED<br>REDACTED<br>REDACTED |
| Aaron L Johnson<br>REDACTED<br>REDACTED<br>REDACTED | Alabama Power-Royalty<br>P.O. Box 2641<br>Birmingham, AL 35291 | AT&T<br>P.O. Box 105626<br>Atlanta, GA 30348-5262 |
| AL Dept Conservation And Natural Resour<br>Conservation And Natural Resourses<br>64 N Union St<br>Montgomery, AL 36130 | Alabama State Treasury<br>Unclaimed Property Division<br>100 N Union St Suite 636<br>Montgomery, AL 36104 | Atlantic Specialty Insurance Comp<br>605 Hwy 169 N, Suite 800<br>Plymouth, MN 55441 |
| AL Dept Labor<br>Inspections Division<br>649 Monroe St Room 2211<br>Montgomery, AL 36131-5200 | Alabama Surface Mining Commission<br>P.O. Box 2690<br>Jasper, AL 35502-4130 | Austin Sistrunk<br>Attorneys for Intertractor America C<br>1904 1st Ave N Suite 300<br>Birmingham, AL 35203 |
| AL Dept Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132 | Alabama Surface Mining Commission<br>Kathy Love Director<br>1811 2Nd Ave<br>Jasper, AL 35501 | Barry D Heflin<br>REDACTED<br>REDACTED<br>REDACTED |
| Al Sec Of State<br>John H Merrill<br>Po Box 5616<br>Montgomery, AL 36103-5616 | Alabama Surface Mining Commission<br>G. Milton Mccarthy Jr.<br>1811 2Nd Avenue<br>Jasper, AL 35501 | Benjamin W Simmons<br>REDACTED<br>REDACTED<br>REDACTED |
| Alabama Attorney General<br>Steve Marshall<br>501 Washington Ave<br>Montgomery, AL 36130 | ALDept Environmental Management<br>Environmental Management<br>1400 Coliseum Blvd<br>Montgomery, AL 36130-1463 | Berkley Research Group, LLC<br>2200 Powell Street, Suite 1200<br>Emeryville, CA 94608 |
| Alabama Dept Of Labor<br>Commissioner<br>649 Monroe St<br>Montgomery, AL 36131 | Alyse Windsor<br>Attorneys for Dyno Nobel Inc<br>PO Box 55727<br>Birmingham, AL 35255 | Billy J Myers Jr.<br>REDACTED<br>REDACTED<br>REDACTED |
| Alabama Dept of Revenue<br>50 North Ripley St<br>Montgomery, AL 36130 | Amy L Cook<br>REDACTED<br>REDACTED<br>REDACTED | Bobby D Lyle<br>REDACTED<br>REDACTED<br>REDACTED |

Bobby R Bonner
REDACTED
REDACTED
REDACTED

Charter Communication Spectrum
P.O. Box 94188
Palatine, IL 60094-4188

Coy Bush
REDACTED
REDACTED
REDACTED

Bobby R Boshell
REDACTED
REDACTED
REDACTED

Christina Hood
1048 Woodland Drive
Pulaski, TN 38478

Daniel E Ross
REDACTED
REDACTED
REDACTED

Brandon A Hester
REDACTED
REDACTED
REDACTED

Christopher A Rice
REDACTED
REDACTED
REDACTED

Daniel Scott Griffith
REDACTED
REDACTED
REDACTED

Brettny S Cook
REDACTED
REDACTED
REDACTED

Christopher B Latham
REDACTED
REDACTED
REDACTED

Danny D Taylor
REDACTED
REDACTED
REDACTED

Burr & Forman
c/o Derrick Meek, Esq.
420 N 20th St, Suite 3400
Birmingham, AL 35203

CIMA
2727 Mt Olive Road
Mt Olive, AL 35117

Danny R Tubbs
REDACTED
REDACTED
REDACTED

Caterpillar Financial Services Corporati
Attn: Doug Raymont
Cat Mining Finance
Nashville, TN 37203

Clemont K Tucker
REDACTED
REDACTED
REDACTED

Darrell A Taylor
REDACTED
REDACTED
REDACTED

Certain Underwriters of Lloyd's of Londo
1 Lime Street
London EC3M 7HA

Clifford S Bolton
REDACTED
REDACTED
REDACTED

Darryl A Smith
REDACTED
REDACTED
REDACTED

Charles R Whitlow
REDACTED
REDACTED
REDACTED

Cohen & Company
P.O. Box 94787
Cleveland, OH 04410-1478

Darryl J Mote
REDACTED
REDACTED
REDACTED

Charles W Trotter
REDACTED
REDACTED
REDACTED

Connor J. Rose
Attorney for Warrior Met Coal
2300 1st Ave N
Birmingham, AL 35203

David Brown Jr
Attorneys for Intertractor America C
1904 1st Ave N Suite 300
Birmingham, AL 35203

David E Heflin
REDACTED
REDACTED
REDACTED

Donna R Jones
REDACTED
REDACTED
REDACTED

Everest Insurance Company
PO Box 830
477 Martinsville Rd
Liberty Corner, NJ 07938

David Harrison
Attorney for Mack Cooper
605 6th St W
Jasper, AL 35501

Donnie L Williams
REDACTED
REDACTED
REDACTED

Fitzgerald Peterbilt of Birmingham
2592 Commerce Circle
Birmingham, AL 35217

David Nelson
REDACTED
REDACTED
REDACTED

Dustin L Kitchens
REDACTED
REDACTED
REDACTED

Franklin Williams
Attorney for Amy Cook
PO Box 1688
Jasper, AL 35502

David W Aldridge
REDACTED
REDACTED
REDACTED

Dwight L Kitchens
REDACTED
REDACTED
REDACTED

Friedman Dazzio Zulanas & Bowli
P.O. BOX 43219
Birmingham, AL 35243-3219

David W Allen
REDACTED
REDACTED
REDACTED

Eddie G Kimbrell
REDACTED
REDACTED
REDACTED

Gail Geno
1975 Buse Street
Tupelo, MS 38804

Deborah L Moreland
REDACTED
REDACTED
REDACTED

Edward Black
Attorney for Thompson Tractor Inc
102 S Jefferson St
Athens, AL 35611

Garry E Files
REDACTED
REDACTED
REDACTED

Dennis K Blackwell
REDACTED
REDACTED
REDACTED

EEOC Birmingham District Office
Bradley A Anderson Director
1130 22Nd St South Ste 2000
Birmingham, AL 35202

Gary K Boyett
REDACTED
REDACTED
REDACTED

Donald Bevill
Attorney for Mack Cooper
1600 Alabama Ave
Jasper, AL 35501

Environmental Protection Agency
Office Of General Counsel
1200 Pennsylvania Ave Nw Mail Code 2310A
Washington, DC 20460

Gary L Benson
REDACTED
REDACTED
REDACTED

Donald W Williams Jr.
REDACTED
REDACTED
REDACTED

Environmental Protection Agency
Region 4
61 Forsyth St Sw
Atlanta, GA 30303

Gary R McBee
REDACTED
REDACTED
REDACTED

| | | |
|---|---|---|
| George T McCarley<br>REDACTED<br>REDACTED<br>REDACTED | Internal Revenue Svc<br>10Th St And Pennsylvania Ave Nw<br>Washington, DC 20530 | James King<br>Attorney for Amy Cook<br>PO Box 1688<br>Jasper, AL 35502 |
| George W Curtis<br>REDACTED<br>REDACTED<br>REDACTED | Internal Revenue Svcs<br>417 20Th Street North<br>Birmingham, AL 35203 | James R Hodge<br>REDACTED<br>REDACTED<br>REDACTED |
| Gregory A Odom<br>REDACTED<br>REDACTED<br>REDACTED | Intrust Bank, N.A.<br>PO Box 1<br>Wichita, KS 67201 | James R Raynes<br>REDACTED<br>REDACTED<br>REDACTED |
| H Dean Mooty Jr<br>Attorney for Pumpelly Oil Acquisition<br>600 Clay St<br>Montgomery, AL 36104 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | James W Guthrie<br>REDACTED<br>REDACTED<br>REDACTED |
| Hayden W Tubbs<br>REDACTED<br>REDACTED<br>REDACTED | J Rushton McClees<br>Attorneys for Dyno Nobel Inc<br>PO Box 55727<br>Birmingham, AL 35255 | Jamey E Clingan<br>REDACTED<br>REDACTED<br>REDACTED |
| Heath Doss<br>REDACTED<br>REDACTED<br>REDACTED | James A Stephenson<br>REDACTED<br>REDACTED<br>REDACTED | Jared W Brown<br>REDACTED<br>REDACTED<br>REDACTED |
| Helmsing Leach Herlong,Newman & Rouse<br>P.O. Box 2767<br>Mobile, AL 36652 | James E Ford<br>REDACTED<br>REDACTED<br>REDACTED | Jarrod C Smith<br>REDACTED<br>REDACTED<br>REDACTED |
| Imperium Insurance Company<br>800 Gessner Rd, Suite 600<br>Houston, TX 77024 | James F Glover<br>REDACTED<br>REDACTED<br>REDACTED | Jason R Raynes<br>REDACTED<br>REDACTED<br>REDACTED |
| Internal Revenue Svc<br>1111 Constitution Ave Nw<br>Washington, DC 20224 | James K Banks<br>REDACTED<br>REDACTED<br>REDACTED | Jefferson Co Tax Collector<br>c/o J.T. Smallwood<br>716 Richard Arington Blvd N , Rm<br>Birmingham, AL 35203 |

| | | |
|---|---|---|
| Jeffery D Welch<br>REDACTED<br>REDACTED<br>REDACTED | Jerry M Rhodes<br>REDACTED<br>REDACTED<br>REDACTED | John A McNab<br>REDACTED<br>REDACTED<br>REDACTED |
| Jeffery L Scott<br>REDACTED<br>REDACTED<br>REDACTED | Jimmy D Swafford<br>REDACTED<br>REDACTED<br>REDACTED | John B Lee<br>REDACTED<br>REDACTED<br>REDACTED |
| Jeffery L Williams<br>REDACTED<br>REDACTED<br>REDACTED | Jimmy L Earnest<br>REDACTED<br>REDACTED<br>REDACTED | John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 |
| Jeffrey Deskins<br>REDACTED<br>REDACTED<br>REDACTED | Jimmy Vines<br>REDACTED<br>REDACTED<br>REDACTED | Jonathan Sapp<br>Attorney for Scott Rigsby<br>PO Box 2330<br>Jasper, AL 35502 |
| Jeffrey G Milligan<br>REDACTED<br>REDACTED<br>REDACTED | Jimmy Wayne McGough<br>REDACTED<br>REDACTED<br>REDACTED | Jonathon C Harbin<br>REDACTED<br>REDACTED<br>REDACTED |
| Jeffrey M Long<br>REDACTED<br>REDACTED<br>REDACTED | Joda L Blankenship<br>REDACTED<br>REDACTED<br>REDACTED | Joseph M Miller<br>REDACTED<br>REDACTED<br>REDACTED |
| Jennifer L Blanton<br>REDACTED<br>REDACTED<br>REDACTED | Joe S Justice<br>REDACTED<br>REDACTED<br>REDACTED | Joseph M Padbury<br>REDACTED<br>REDACTED<br>REDACTED |
| Jeremy Shane Lemmons<br>REDACTED<br>REDACTED<br>REDACTED | Joey W Veal<br>REDACTED<br>REDACTED<br>REDACTED | Kenneth C Wise<br>REDACTED<br>REDACTED<br>REDACTED |
| Jerry D Aldridge<br>REDACTED<br>REDACTED<br>REDACTED | John A Calvert<br>REDACTED<br>REDACTED<br>REDACTED | Kenneth R Little<br>REDACTED<br>REDACTED<br>REDACTED |

Kenneth R Whitman
REDACTED
REDACTED
REDACTED

Mark A Hutto
REDACTED
REDACTED
REDACTED

Mickey J Graves
REDACTED
REDACTED
REDACTED

Kenneth W McGuff
REDACTED
REDACTED
REDACTED

Martin B Webb
REDACTED
REDACTED
REDACTED

Mine Safety and Health Administra
Winfield Wilson O/B/O Msha
201 12Th St South Ste 401
Arlington, VA 22202-5450

Kenneth W Taylor
REDACTED
REDACTED
REDACTED

Mason N Tubbs
REDACTED
REDACTED
REDACTED

Mine Safety and Health Administra
Samuel Pierce
1030 London Dr Suite 400
Birmingham, AL 35211

Kevin A Thomas
REDACTED
REDACTED
REDACTED

Matthew R Robinson
REDACTED
REDACTED
REDACTED

Misty L Martinez
REDACTED
REDACTED
REDACTED

KeyBank National Association
4900 Tiedeman Rd
OH-01-49-0362
Brooklyn, OH 44144

Matthew W Lollar
REDACTED
REDACTED
REDACTED

Norris D Weeks
REDACTED
REDACTED
REDACTED

Landon S Stovall
REDACTED
REDACTED
REDACTED

Matthew Williams
REDACTED
REDACTED
REDACTED

Occupational Safety And Health A
61 Forsyth St Sw Room 6T50
Atlanta, GA 30303

Larry B Wells
REDACTED
REDACTED
REDACTED

Michael C Mays
REDACTED
REDACTED
REDACTED

Office of Environmental Manageme
Mineral Resources
1000 Independence Ave Sw
Washington, DC 20585

Larry J. Smith
c/o Dan Stovall
939 Co.Hwy.173
Winfield, AL 35594

Michael C Vance
REDACTED
REDACTED
REDACTED

Office of Natural Resources Rever
Denver Fed Ctr Sixth Ave And Kip
Ldg 85 Entrance N1 Rm 322
Denver, CO 80225

Lynne F Keller
REDACTED
REDACTED
REDACTED

Michael S Cheatham
REDACTED
REDACTED
REDACTED

Office of Surface Mining
Reclamation And Enforcement
1849 C St Nw
Washington, DC 20240

Office of Surface Mining
Reclamation And Enforcement
135 Gemini Cir
Homewood, AL 35209

Randy Hallman
REDACTED
REDACTED
REDACTED

Ricky A Nelson
REDACTED
REDACTED
REDACTED

Office of The Attorney General
Consumer Protection Division
501 Washington Ave
Montgomery, AL 36104

Randy Robinson
2361 Cumberland Lake Dr
Pinson, AL 35126

Ricky D Walker
REDACTED
REDACTED
REDACTED

Patrick A Tubbs
REDACTED
REDACTED
REDACTED

Regions Bank
310 Hwy 78 E
Jasper, AL 35501

Ricky J. Rutland
2868 Bankhead Rd S.W.
Fulton, MS 38843

Paul H Birmingham Jr.
REDACTED
REDACTED
REDACTED

Richard A Kimbrell
REDACTED
REDACTED
REDACTED

Ricky L Brunner
REDACTED
REDACTED
REDACTED

Paul M Vanover
REDACTED
REDACTED
REDACTED

Richard B Baxter
REDACTED
REDACTED
REDACTED

Robert Blaine Pyron
c/o Paige Pyron Taylor
1421 County Highway 61
Guin, AL 35563

Perry M Spinks
REDACTED
REDACTED
REDACTED

Richard E Pate
REDACTED
REDACTED
REDACTED

Robert M Nix
REDACTED
REDACTED
REDACTED

Phillip B Nix
REDACTED
REDACTED
REDACTED

Richard G Gurganus
REDACTED
REDACTED
REDACTED

Robert Mitchell
1065 W Main Street
Peru, IN 46970

Phillip C Grace
REDACTED
REDACTED
REDACTED

Richard M Armstrong
REDACTED
REDACTED
REDACTED

Robert S Mooty
Attorney for Pumpelly Oil Acquisitic
600 Clay St
Montgomery, AL 36104

Randy E Key
REDACTED
REDACTED
REDACTED

Richard M Carmichael
REDACTED
REDACTED
REDACTED

Robert T Tucker
REDACTED
REDACTED
REDACTED

Rockwood Casualty Insurance Company
654 Main Street
Rockwood, PA 15557

Ronnie H Brasfield
REDACTED
REDACTED
REDACTED

State of Alabama
Alabama Dept Of Industrial Relation
649 Monroe St
Montgomery, AL 36131-0099

Rodney Kilgore
REDACTED
REDACTED
REDACTED

Sam A Reed
REDACTED
REDACTED
REDACTED

State of Alabama Dept Labor
649 Monroe St
Workers Comp
Montgomery, AL 36131

Rodney Nolen
Attorneys for Dyno Nobel Inc
PO Box 55727
Birmingham, AL 35255

Samuel A Griffith
REDACTED
REDACTED
REDACTED

Stephen E Burton
REDACTED
REDACTED
REDACTED

Roger D Campbell
REDACTED
REDACTED
REDACTED

Samuel B Cooner III
REDACTED
REDACTED
REDACTED

Stephen H Cain
REDACTED
REDACTED
REDACTED

Roger Dan Stovall
939 County Highway 176
Winfield, AL 35594

Scot K Pendley
REDACTED
REDACTED
REDACTED

Steve L Barton
REDACTED
REDACTED
REDACTED

Roger V Hill
REDACTED
REDACTED
REDACTED

Scottie L Isbell
REDACTED
REDACTED
REDACTED

Steven H Starnes
REDACTED
REDACTED
REDACTED

Roger W. Dyer
8090 Dyer Drive
Gardendale, AL 35071

Securities and Exchange Commmission
Headquarters
100 F St Ne
Washington, DC 20549

Steven J Moore
REDACTED
REDACTED
REDACTED

Ronald Ray Lewis
REDACTED
REDACTED
REDACTED

Securities and Exchange Commmission
Atlanta Regional Office
950 E Paces Ferry Rd Ne Ste 900
Atlanta, GA 30326-1382

Sumitomo Mitsui Banking Corporat
277 Park Ave
New York, NY 10172

Ronald W Cochran
REDACTED
REDACTED
REDACTED

ServisFirst Bank
2500 Woodcrest Place
Birmingham, AL 35209

T. Michael Brown
Attorney for Warrior Met Coal
1819 5th Ave N
Birmingham, AL 35203

| | | |
|---|---|---|
| Teresa Ann Dill Thomas<br>REDACTED<br>REDACTED<br>REDACTED | Todd D Kitchens<br>REDACTED<br>REDACTED<br>REDACTED | Tucker Ellis LLP<br>950 Main Ave, Suite 1100<br>Cleveland, OH 44113 |
| Terri L Ray<br>REDACTED<br>REDACTED<br>REDACTED | Tommy D Lashum<br>REDACTED<br>REDACTED<br>REDACTED | US Attorneys Office<br>Northern District Of Alabama<br>1801 4Th Ave North<br>Birmingham, AL 35203 |
| Terry L Geeslin<br>REDACTED<br>REDACTED<br>REDACTED | Tommy E Cook<br>REDACTED<br>REDACTED<br>REDACTED | US Bureau of Land Management<br>Southeastern States Office<br>273 Market St<br>Flowood, MS 39232 |
| Terry W West<br>REDACTED<br>REDACTED<br>REDACTED | Tommy R Aaron<br>REDACTED<br>REDACTED<br>REDACTED | US Bureau of Land Management<br>1849 C St Nw<br>Washington, DC 20240 |
| Thomas Carmichael<br>Attorney for Hugh Darty<br>301 N Walston Bridge Rd Suite 100<br>Jasper, AL 35504 | Tony A Gant<br>REDACTED<br>REDACTED<br>REDACTED | US Dept Of Labor<br>200 Constitution Ave Nw<br>Washington, DC 20210 |
| Thomas K Fisher II<br>REDACTED<br>REDACTED<br>REDACTED | Tony R Sanford<br>REDACTED<br>REDACTED<br>REDACTED | US Dept Of Labor<br>Occupational Safety And Health Ac<br>200 Constitution Ave Nw<br>Washington, DC 20210 |
| Thomas L Price Jr.<br>REDACTED<br>REDACTED<br>REDACTED | Tony S Cummings<br>REDACTED<br>REDACTED<br>REDACTED | US Dept Of Labor Osha<br>Osha Region 4<br>61 Forsyth St Sw Tm 6T50<br>Atlanta, GA 30303 |
| Thomas W Stocks<br>REDACTED<br>REDACTED<br>REDACTED | Tony Williams<br>REDACTED<br>REDACTED<br>REDACTED | US Dept Of The Treasury<br>Internal Revenue Svc<br>Ogden, UT 84201-0005 |
| Timothy A Colvert<br>REDACTED<br>REDACTED<br>REDACTED | Tracy Lovett<br>REDACTED<br>REDACTED<br>REDACTED | US Dept Of The Treasury<br>Internal Revenue Svc<br>Po Box 806532<br>Cincinnati, OH 45280-6532 |

US Equal Employment Opportunity Commission
Office Of Chief Counsel
131 M St Ne
Washington, DC 20507

William J Pate
REDACTED
REDACTED
REDACTED

Alabama Barricade, Inc.
7007 Praytor Road
Trussville, AL 35173


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

William L Harrod
REDACTED
REDACTED
REDACTED

Alabama Center Occupational Med
114 Wildwood Parkway
Birmingham, AL 35209-6870


Walker Co Revenue Commissioner
c/o Jerry Guthrie
1803 3rd Avenue
Jasper, AL 35501

William R Harris
REDACTED
REDACTED
REDACTED

Alabama Coal Association
2 Office Park Circle, Suite 200
Birmingham, AL 00035-5223


Walker County Solid Waste Department
1803 3rd Avenue South, Suite 107
Jasper, AL 35501

William S. Rutland
2800 West Main 26C
Tupelo, MS 38801

Alabama Department of Revenue
Sales, Use & Business Tax Divisio
P.O. Box 327560
Montgomery, AL 36132-7560


Water Works & Sewer Board of Parrish
P.O. Box 730
Parrish, AL 35580

Wilmer J Madison
REDACTED
REDACTED
REDACTED

Alabama Media Group
c/o Nancy Bridgman
PO Box 77000 - Dept 77571
Detroit, MI 48277-0571


Webster, Henry, Bradwell, Cohan, Speagle
P.O. Box 239
105 Tallapoosa Street Suite 101
Montgomery, AL 00036-1010

A. Taylor Farms
606 Neal Road
Berry, AL 35546

All Star Alarms, LLC.
367 Highway 78
Sumiton, AL 35148


Wesley H Pinion
REDACTED
REDACTED
REDACTED

Action Utility Contractors, Inc
50 Miller Rd.
Empire, AL 35063

Ally Financial
Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951


William C Padbury
REDACTED
REDACTED
REDACTED

Advantage Waste, LLC
P.O. Box 5526
Birmingham, AL 35207

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014


William H Kilgore Jr.
REDACTED
REDACTED
REDACTED

After Hours Clinic
1800 Birmingham Avenue
Jasper, AL 35501-5461

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Bevill State Community College
Walker Campus
P.O. Box 800
Sumiton, AL 35148

Brake Supply Co inc
c/o Mark Bunney
4280 Payshere Circle
Chicago, IL 60674

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Big Moe Spring & Alignment of BHM Inc
P.O. Box 438
4219 Gary Avenue
Fairfield, AL 35064

Brantt Thompson
112 Page Road
Nauvoo, AL 35578

Automatic Data Processing, Inc.
One ADP Boulevard
Roseland, NJ 07068

Birmingham FreightLiner
5404 Kauloosa Avenue
Tuscaloosa, AL 35405

Brenntag Mid-South, Inc.
3796 Reliable Parkway
Chicago, IL 60686-0037

B & G Equipment & Supply
Dept. 0606
P.O. Box 11407
Birmingham, AL 00352-4606

Birmingham Water Works
P.O. Box 830269
Birmingham, AL 35283-0269

Brian's Equipment Service and W
c/o William Brian Pendley
4692 Pendley Creek Road
Berry, AL 35546

B & K Services, Inc.
362 Lays Road
Jasper, AL 35503

Blake Howton Trucking
c/o Scotty Blake Howton
558 County Road 12
Arley, AL 35541

Buckner Trailers, LLC
100 Industrial Drive
Springville, AL 35146

Behavioral Health Systems, Inc.
P.O. Box 830724
Birmingham, AL 35283-0724

Blankenship Surplus Parts
1908 Lemon Mint Drive
Hoover, AL 35244

Buford White Concrete
c/o Buford White
57 Almeta LN
Leeds, AL 35094-4091

Ben Townley
1020 Saragossa Road
Nauvoo, AL 35578

Blue Cross Blue Shield of Alabama
c/o Tameka, Payment Processing
P.O. Box 360037
Birmingham, AL 00352-3600

Bunn Brothers Materials, Inc.
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

Benson Belt Maintenance, Inc.
P.O. Box 2781
Jasper, AL 35502

Booger's Tire Center
1700 10th Avenue
Jasper, AL 35502

Busby Trucking Inc.
P.O. Box 275
218 3rd Street
Graysville, AL 35073

Best Buy Business Advantage Account
P.O. Box 731247
Dallas, TX 75373-1247

Boogers Towing LLC.
Harolds Wrecker Service
2211 Commerce Ave
Jasper, AL 35502

C B J Trucking Inc.
407 N Airport Rd
Jasper, AL 35504

C Spire Busines
P.O. Box 830674
MSC #703
Birmingham, AL 35283

Central Drill Parts & Machine
P.O. Box 3639
Jasper, AL 35502

City of Adamsville
P.O. Box 309
Adamsville, AL 35005

Caleb W. Payne
2722 Sherman Road
Portsmouth, OH 45662

Central Testing Laboratory, LLC.
P.O. Box 320213
5245 1st Avenue North
Birmingham, AL 35212

Colonial Life & Accident Insurance
1 Fountain Square
Chattanooga, TN 37402-1330

Camelia Met Mining
3400 County Road 260
Maylene, AL 35114

Centrifugal Services, Inc.
5595 Highway 34 North
Raleigh, IL 62977

Commercial Ins. Mgnt. Agency
P. O. Box 669
Gardendale, AL 35071

Cane Creek, LLC
P.O. Box 1608
Jasper, AL 35502

Charles D. Burton
218 Furn Drive
Parrish, AL 35580

Computer Electronics Service
1709 Alabama Avenue
Jasper, AL 35501

Carl Cannon Chevrolet
299 Carl Cannon Boulevard
Jasper, AL 35501

Charles R. Herron
P.O. Box 1631
Jasper, AL 35501

Cook's Pest Control
P.O. Box 1266
Cullman, AL 35056-1266

Carroll Engineering Company
P.O. Box 741245
Atlanta, GA 30384-1245

Christopher Rice
15430 Highway 18 East
Berry, AL 35546

Courington Garage & Wrecker
1015 Dutton Hill Road
Jasper, AL 35501

Cavco, Inc.
P.O. Box 157
400 Front Street
Bon Air, AL 35032

Cincinnati Mine Machinery
2950 Jonrose Avenue
Cincinnati, OH 04523-9531

Cowin Equipment Co., Inc.
P.O. Box 10624
Birmingham, AL 35202

Cedar Lake Mining, Inc.
P.O. Box 1608
Jasper, AL 35502

Cintas
P.O. Box 630910
Cincinnati, OH 04526-3091

Crusher Works LLC
1166 Raimund Muscoda Road
Birmingham, AL 35020

Cental Garden & Pet
P.O. Box 277743
Atlanta, GA 30384-7743

Circuit Court Clerk Winston County
c/o John D. Snoddy
P.O. Box 309
Double Springs, AL 35553

Cummins Mid-South, LLC
P.O. Box 842316
Dallas, TX 75284-2316

Curry Water Authority
P.O. Box 3187
Japer, AL 35502

Don Allison Equipment, Inc.
233 Melville Road
Arley, AL 35541

Dutch Lubricants, Inc.
P.O. Box 958669
St. Louis, MO 63195-8669

Custom Software Solutions, Inc.
P.O. Box 829
Princeton, WV 24740

Don-Dell Corporation
20060 Highway 216
Vance, AL 35490

Dyno Nobel, Inc.
Dept. 2643
P.O. Box 122643
Dallas, TX 75312-2643

Daily Ag Products, Inc.
P.O. Box 3325
Paduach, KY 42002-3325

Donnell Calvert
1697 Burrows Crossing Road
Jasper, AL 35504

Eastern Sales Abel, LLC
P.O. Box 69
76 South Main Street
Graysville, AL 35073

Daily Mountain Eagle
P.O. Box 1469
Jasper, AL 35502

Double R Farms & Service LLC
15350 Highway 18E
Berry, AL 35546

Energy Technical Services Fuels
14176 Highway 69 N
Northport, AL 35475

David Hicks Construction
c/o Randy Hendon
P.O. Box 249
Hayden, AL 35079

Dream Fit Mask
2125 2ND AVENUE SW
Cullman, AL 35055

Express Oil Change
Dept 5964
P.O. Box 11407
Birmingham, AL 35246-5964

Davis Electric Company, Inc.
P.O. BOX 1997
Fairmont, WV 26555-1997

Drilling Supply Company
a Division of The R.J. Frazier Company,
895 Highway 107
Montevallo, AL 35115

FleetPride
2403 21st Street North
Birmingham, AL 35234

Dexter Fortson Associates, Inc.
5511 Powder Plant Lane
Bessemer, AL 35022

Drummond Company, Inc.
Attn Land Department
P.O. Box 1549
Jasper, AL 35502-1549

FLSmidth Krebs, Inc.
DEPT 3252
P.O. BOX 123252
Dallas, TX 75312-3252

Dixie Trucking
P.O. Box 1839
198 Pawnee Road
Pinson, AL 36126

DSL Electric, Inc.
P.O. Box 70205
Tuscaloosa, AL 35407

Fossil Group, LLC.
c/o Howard Brown
208 Blackwell Road
Jasper, AL 35501-7030

Dodge City CB Shop
500 Alabama 69
Hanceville, AL 35077

Dusty Kitchens
214 Manuel Hill Road
Cordova, AL 35550

Fredrickson & Arlyn L. Lynn Trust
c/o Mark Muir
1165 Lake Forest Circle
Birmingham, AL 35244

Full Moon Bar-B-Que
2901 Highway 78 East
Jasper, AL 35501

GSM Filtration
140 Joe R. McCrary Road
Fall Branch, TN 37656

HUDCO Industrial Products Inc
3100 Morgan Road
Bessemer, AL 35022

G & R Mineral Services, Inc.
P O Box 100939
2355 Alton Rd
Birmingham, AL 35210

Gunter Auto Body
3413 Veterans Drive
Jasper, AL 35501

Hydra Service, Inc.
P.O. Box 365
Warrior, AL 35180

G.T. Michelli Co., Inc.
130 Brookhollow Esplanade
Harahan, LA 70123

Harmon & Associates, Inc.
P.O. Box 660635
Birmingham, AL 35266

Independent Rebuild Specialist
189 North Kuner Road
Brighton, CO 80601

Gamble Seismograph Service, Inc.
P.O. Box 280
Mt. Olive, AL 35117

Heavy Maintenance Supply
1803 5th Avenue
Jasper, AL 35501

Industrial Fire & Safety Equipment
P.O. Box 10601
Birmingham, AL 35202

GCR Tires and Service
P.O. Box 910530
Denver, CO 80291-0530

Herron Truck & Equipment Service, LLC.
1962 Blue Water Road
Oakman, AL 82094-4047

Industrial Supply Company
322-328 N 9th St
Terre Haute, IN 47807

Goff's Radiator & Electric Service
1205 Pinson Street
Tarrant, AL 35217

Holston Gases
321 14th Avenue West
Jasper, AL 35502-3446

Industrial Supply of Knoxville Inc
PO Box 1906
Knoxville, TN 37909

GraCom Solutions, LLC
P.O. Box 922
Cullman, AL 35056

Homtex, Inc.
2125 2nd Avenue SW
Cullman, AL 35055

Industrial Welder Services
715 Shackleford Road
Quinton, AL 35130

Grainger Industrial Supply
100 Grainger Pkwy
Lake Forest, IL 60045

Hood Sales & Service, LLC
1180 Hunting Club Road
Oakman, AL 35579

Inline Electric
700 West 19th Street West
Jasper, AL 35501

Graysville Gas & Water
P.O. Box 130
Graysville, AL 35073

Hose Power USA
P.O. Box 861777
Orlando, FL 32886-1777

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intertractor American Corp.
960 Proctor Drive
Elkhorn, WI 53121

Jasper Gas & Diesel, LLC
112 Page Road
Nauvoo, AL 35578

Key Parts & Machinery Co., Inc.
P.O. Box 170517
3755 Industrial Parkway
Birmingham, AL 35217

IPFS Corporation of the South
24722 Network Place
Chicago, IL 60673-1247

Jasper Industrial Maintenance Supply
1404 10th Avenue West
Jasper, AL 35501

KeyBank National Association
127 Public Square
Cleveland, OH 44114

J & G Culverts, Inc.
3612 AL Highway 102
Fayette, AL 35555-6940

JES Equipment Solutions
155 Main Street
Sumiton, AL 35148

Kilgore Trucking
2566 Oakman Parrish Road
Parrish, AL 35580

J & J Glass Service, LLC
P.O. Box 9933
Birmingham, AL 35220

JLC Services, LLC
c/o Jacob Chism
719 County Road 151
Bremen, AL 35033

Kilgore Wrecker Service, LLC
P.O. Box 867
Jasper, AL 35502

J. Crump & Associates, Inc.
P.O. Box 1465
Jasper, AL 35502

John McNab
3 Kilsyth Ct.
St. Clairsville, OH 43950

Kilpatrick Welding, Inc.
1304 Goodsprings Rd
Parrish, AL 35580

Jacob Lee Chism
719 Co. Rd. 151
Bremen, AL 35033

Jon Leon Sullivan
2675 The Narrows
Parrish, AL 35580

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Jake Evan Hoffman
105 W Redwood St
Gillette, WY 82718

Journal Record
P.O. Drawer 1477
Hamilton, AL 35570

Labor Finders (Birmingham)
LFI Ft. Pierce, Inc.
417 2nd Ave. North
Birmingham, AL 35204

Jasper Auto Parts
807 Highway 78 West
Jasper, AL 35501

Kendall Electric
1189 Grants Mill Road
Irondale, AL 35210

Lineco Hydraulics, Inc.
9368 Highway 269
Parrish, AL 35580

Jasper Electric Motors, Inc.
P.O. Box 1494
175 Curry Highway
Jasper, AL 35502

Kentucky Highlands Investment
c/o Jamie Henderson
P.O. Box 1738
London, KY 40743-1738

Loadrite Southern Star
9024 Craigmont Road SW
Huntsville, AL 38502

Long Lewis Western Star
4200 Bessemer Super Highway
Bessemer, AL 35020

Mayer Electric Supply Company, Inc.
P.O. Box 896537
Charlotte, NC 28289-6537

Miller Welding
c/o Louie C. Miller
191 Stonebrook Cove Drive
Jasper, AL 35504

M & D Supply Company
P.O. BOX 787
Fultondale, AL 35068

McCollum Heating & Air
2139 Keeton Cemetery Road
Nauvoo, AL 35578

Miller Wire Works, Inc.
P.O. Box 102045
Birmingham, AL 35210

Maddox, Thornley & Sanders
P. O. Box 248
Jasper, AL 35502

McGehee Engineering Corp.
P.O. Box 3431
Jasper, AL 35502-3431

Mine & Mill Supply Company
P.O. Box 189
370 Mine Equipment Rd
Dawson Springs, KY 42408

Madison Materials
Division of Whitaker Contracting Group
P.O. Box 306
Guntersville, AL 35976

McWane, Inc.
McWane Coal
2900 Highway 280, Suite 300
Birmingham, AL 35223-2469

Mineral Labs, Inc.
P.O. Box 549
Salyersville, KY 41465

Manchester Auto Parts
4465 Highway 195
Jasper, AL 35503

Mega Highwall Mining
P.O. Box 5005
PMB # 116
Rancho Santa Fe, CA 92067

Molag Timberprop, LLC
Timberland Investment Resources
115 Perimeter Center PL NE, Suite
Atlanta, GA 30346-1244

Marigold Works, LLC
200 18th Avenue SW
Jasper, AL 35501-3649

Metro Trailer
100 Metro Parkway
Pelham, AL 35124

Moore Equipment Repair, LLC
2834 Empire Road
Empire, AL 35063

Marks Heavy Maintenance
2390 The Narrows
Parrish, AL 35580

Michael Pate's Steam Cleaning
c/o Douglas Michael Pate
P.O. Box 878
Parrish, AL 35580

Morris-Coker Incorporated
P.O. Box 1106
Beckley, WV 25802-1106

Martin Electric Motor Service, Inc.
508 18th Street West
Jasper, AL 35501

Mid Continent Coal & Coke, Co.
P.O. Box 932110
Cleveland, OH 44193

Motion Industries, Inc.
824 N 31st Street
Birmingham, AL 35203-3426

Mato Corporation
P.O. Box 7268
Beckley, WV 25802-7268

Mike Jamison
134 Reservoir Lane
Cadiz, OH 43907

Mt. Olive Fire and Rescue District
3235 Mount olive Road
Mount Olive, AL 35117

Nabors Radiator & Electric Service Co.
617 25th Street South
Birmingham, AL 35233

P.A. Automotive
2832 Richard Arrington Jr Blvd N
Birmingham, AL 35203

Pioneer Conveyor, LLC
224 Moyers Road
Bruceton Mills, WV 26525

Nalco Company
P.O. Box 70716
Chicago, IL 60673-0716

Parker Towing Company Inc
PO Box 20908
Tuscaloosa, AL 35402

Pipe and Landscape Supply, LLC.
10134 Highway 78
Jasper, AL 35501

Napa Auto & Truck Parts
901 Highway 118 East
Jasper, AL 35501

Parkland Hardware
725 PARKLAND SHOPPING CENTER
Jasper, AL 35501

Pitney Bowes
Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Nelson Brothers
820 Shades Creek Parkway, Suite 2000
Birmingham, AL 35209

Paul H. Birmingham, Jr.
2605 Campbellville Road
Bremen, AL 35033

Pledger Septic Tank Cleaning
874 Country Lane #3111
Empire, AL 35063

Nextran
P.O. Box 820
Fultondale, AL 35068

Performance Drives, Inc.
P.O. Box 1682
Richlands, VA 24641

Portfolio Advisors VIII, LLC
2935 Country Drive, Suite 102
Little Canada, MN

NLI Sales, Inc
Corporate Billing, Dept 100
P.O. BOX 830604
Birmingham, AL 35283

Perry Supply, Inc.
c/o Lisa Sexton
P.O. Box 1237
Birmingham, AL 35201

Process Machinery Inc.
P.O. Box190486
Birmingham, AL 35219-0486

Norris Screen & Mfg., LLC
24707 Network Place
Chicago, IL 60673-1247

Peruna South Company, LLC.
Southern Methodist University
P.O. Box 750193
Dallas, TX 75275-0193

Professional Highwall Mining
330 Harper Park Drive, Suite E
Beckley, WV 25801

Office of Surface Mining
Reclamation and Enforcement
P.O. Box 360095M
Pittsburgh, PA 15251-6095

Phoenix Process Equipment Co.
P.O. Box 634996
Cincinnati, OH 45263-4996

Pumpelly Oil Acquisition, LLC
P.O. Box 958669
St. Louis, MO 63195-8669

OneBeacon Insurance Group
P.O. Box 371871
Pittsburgh, PA 01525-0787

Pinson Machine & Welding
5200 Pinson Valley Parkway
Birmingham, AL 35215

Quality Magnetite
2620 US Route 52 South
Kenova, WV 25530

R & D Electric, LLC.
57 Buddys Drive
Jasper, AL 35504

S & S Heavy Equipment AC Service, LLC
13534 Deerlick Road
Tuscaloosa, AL 35406

Solid Steel Solutions, Inc.
120 Whitmer Park Road
Middlesboro, KY 40965

Raccoon Mountain MLT
7802 Highway 78
Cordova, AL 35550

S & S Industrial Supply, LLC
P.O. Box 988
Natchitoches, LA 71458

Son's Supermarket
400 9th Avenue
Jasper, AL 35501

Ramey's
125 New Deer Trail Circle
New Tazewell, TN 37825

S A & K  LLC
34180 US Hwy 280
Childersburg, AL 35044

Southeastern Conveyor Services, I
P.O. Box 220
Adamsville, AL 35005

Randy Herron   Charles R. Herron
1341 Gardners Gin Road
Cordova, AL 35550

Sandvik Mining & Construction USA, LLC
Dept CH-10576
300 Technology Court
Smyrna, GA 30082

Southern Armature Works, Inc.
P.O. Box 936
230 South 22nd Street
Birmingham, AL 35201

RDBT Enterprises, Inc.
1700 Tenth Avenue
18439 Hwy 69 South
Jasper, AL 35501

Sauls Seismic
2879 Alton Way
Birmingham, AL 35210

Southern Methodist University
Minerals Management
P.O. Box 720193
Dallas, TX 75275-0193

Reed Smith LLP
c/o Matthew E. Tashman, Esq.
P.O. Box 360110
Pittsburgh, PA 15251-6110

Sayre Auto Parts
7192 Bankhead Highway
Dora, AL 35062

Southern Mineral Resources
c/o Kenneth Dewayne Kennedy
P.O. Box 68
Brookwood, AL 35444

Regions Bank
Royalty Natural Resources Department
P.O. Box 10463
Birmingham, AL 35202

Scott Crump Toyota
3815 Highway 78 East
Jasper, AL 35501

Southern Tire Mart
Dept.143
P.O. Box 1000
Memphis, TN 38148-0143

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203

Shannon Smith
986 Milton Smith Road
Berry, AL 35546

Staples
P.O. Box 105638
Atlanta, GA 30348-5638

Ronnie's Lumber Mill
16828 Highway 278
Double Springs, AL 35553

Smith Manus
2307 River Road, Suite 200
Louisville, KY 40206-5005

Starnes Davis Florie, LLP
Department #1000
P.O. Box 830539
Birmingham, AL 35283

Starnes, Davis & Florie, LLC
P.O. Box 830539
Dept #1000
Birmingham, AL 35283

TerraPro
P.O. Box 213
Jasper, AL 35502

TriGreen Equipment, LLC
1776 TriGreen Drive
Athens, AL 35611

Steven Moore
2834 Empire Road
Empire, AL 35063

The Leaf & Petal
1200 Alabama Avenue
Jasper, AL 35501

Tulane Trucking LLC
c/o Richard Brewer
15237 Wire Road
Cottondale, AL 35453

Stewart Lubricants & Services
144 Citation Court
Birmingham, AL 35209

The Printing House, Inc.
P.O. Box 3312
102 Sunset Drive
Hueytown, AL 35023

Turby's Truck Parts
9440 AL-172
Vina, AL 35593

Stop Heart Attack
1572 Montgomery Highway, Suite 202
Birmingham, AL 35216

Thompson Tractor Co.
401 Pinson Valley Parkway
PO Box 10367
Birmingham, AL 35217

Tuscaloosa Scale Co.
4050 INDUSTRIAL DRIVE
Cottondale, AL 35453

Sunoco, LLC
P.O. Box 206458
Dallas, TX 75320-6458

Tidwell Farms
20121 Remlap Drive
Remlap, AL 35133

U.S. Bulk Transport, Inc.
205 Pennbriar Drive
Erie, PA 16509

Sunshine Supplies, Inc.
P.O. BOX 8
Watson, AL 35181

Tractor & Equipment Company
P.O. Box 12326
5336 Messer Airport Highway
Birmingham, AL 00352-0223

U.S. Department of Interior
BLM Eastern States
20 M Street, Suite 950
Washington, DC 20003

Synergy Global Parts
P.O. Box 2496
Beckley, WV 25802

Traxx Parts & Equipment, Inc.
P.O. Box 3471
18540 Highway 69 South
Jasper, AL 35501

U.S. Department of the Treasury
Mine Safety and Health Administrat
P.O. Box 790390
St. Loius, MO 63179-0390

Tabor Machine Company
1176 Shelter Road
Princeton, WV 24739

Tri-County Air Systems, Inc.
30 Jim Banks Road
Jasper, AL 35504

U.S. Security Associates, Inc.
an Allied Universal Company
P.O. Box 828854
Philadelphia, PA 00191-8288

Talmadge Septic Service, LLC
10378 Highway 13
Haleyville, AL 35565

Tricon Wear Solutions, LLC
P.O. Box 677222
Dallas, TX 75267-7222

UniFirst Corporation
907 3rd Avenue North
Birmingham, AL 35203

United Turbo
621 9th Street North
Birmingham, AL 35203

Warrior Tractor & Equipment
P.O. Box 412
Northport, AL 35476

Valley Creek Land & Timber, LLC.
P.O. Box 5327
Jackson, MS 39296-5327

Waymon Brent Duncan
5140 Highway 5
Jasper, AL 35503

Van Zant Enterprises
P.O. Box 1689
Lynn Haven, FL 32444-1689

White Armature Works, Inc.
P.O. Box 330
1150 Huff Creek Highway
Mallory, WV 25634

Vibra Tech
P.O. Box 266
Glasgow, KY 42141

William E. Hinz
801 Rosewood Circle
Gardendale, AL 35701

Vision Service Plan
P.O. Box 742788
Los Angeles, CA 00090-0742

Wilson Machine & Welding, Inc.
14787 Highway 78
Cordova, AL 35550

W.H. Thomas Oil Co., Inc.
P.O. Box 890
702 Greasy Ridge Road
Clanton, AL 35046

WV PLC Repair, Inc.
P.O. Box 293
Whitman, WV 25652

Walker Farmers Cooperative
P.O. Box 1562
Jasper, AL 35502

ZZ & R Construction Co. LLC
1736 Reeds Ferry Road
Quinton, AL 35130

Walker Industrial Cleaning
P.O. Box 168
Oakman, AL 35579

Warrior River Truck Parts
222 Old Kirkpatrick Road
Cordova, AL 35550