Fill in this information to identify the case:

Debtor name: FM Coal, LLC, et al.

United States Bankruptcy Court for the: Northern District of Alabama

Case number (if known): 20-02783

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis  12/15

A list of creditors holding the 40 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KeyBank National Association<br>4900 Tiedeman Rd<br>OH-01-49-0362<br>Brooklyn OH 44144 | | Paycheck Protection Program Loan | ☑ C<br>☐ U<br>☐ D | | | $3,589,108.00 |
| 2 | Sunoco, LLC<br>P.O. Box 206458<br>Dallas TX 75320-6458 | Lisa Serna<br>LISA.SERNA@sunoco.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $2,782,354.14 |
| 3 | Eagle Specialty Materials<br>10023 Hwy. 14-16<br>Gillette WY 82718 | | Trade | ☐ C<br>☐ U<br>☐ D | | | $2,421,297.00 |
| 4 | Dyno Nobel, Inc.<br>Department 2643<br>P.O. Box 122623<br>Dallas TX 75312-2643 | Tel: (304) 239-2452 | Trade | ☐ C<br>☐ U<br>☑ D | | | $1,656,388.42 |
| 5 | Nelson Brothers<br>820 Shades Creek Parkway<br>Suite 2000<br>Birmingham AL 35209 | lwhisenant@nelbro.com<br>Tel: (205) 802-5305 | Trade | ☐ C<br>☐ U<br>☐ D | | | $1,383,749.84 |
| 6 | Thompson Tractor Co<br>P.O. Box 10367<br>2401 Pinson Highway<br>Birmingham AL 35202 | Eric Spears<br>ericspears@thompsontractor.com<br>Tel: (205) 841-8601 | Trade | ☐ C<br>☐ U<br>☐ D | | | $1,179,115.11 |
| 7 | Dutch Lubricants, Inc.<br>P.O. Box 958669<br>St. Louis MO 63195-8669 | Lance Tucker<br>lance.tucker@reladyne.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $821,818.41 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Intertractor American Corp<br>960 Proctor Drive<br>Elkhorn WI 53121 | gmason@intertractoramerica.com<br>Tel: (262) 723-6000 | Trade | ☐ C<br>☐ U<br>☑ D | | | $502,354.52 |
| 9 | Brake Supply Company Inc<br>4280 Payshpere Circle<br>Chicago IL 60674 | tberkley@brake.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $388,315.49 |
| 10 | Drummond Company, Inc.<br>Attention: Land Department<br>P.O. Box 1549<br>Jasper AL 35502-1549 | mosburn@drummondco.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $207,005.00 |
| 11 | Hose Power USA<br>P.O. Box 861777<br>Orlando FL 32886-1777 | enewsome@hosepower.com<br>Tel: (904) 264-1267 | Trade | ☐ C<br>☐ U<br>☐ D | | | $105,371.97 |
| 12 | Tractor & Equipment Company<br>P.O. Box 12326<br>5336 Messer Airport Highway<br>Birmingham AL 35202-2326 | rpowers@tec1943.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $104,495.30 |
| 13 | Dixie Trucking<br>P.O. Box 1839<br>198 Pawnee Road<br>Pinson AL 36126 | martha@metrotireinc.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $96,874.46 |
| 14 | Mega Highwall Mining<br>P.O. Box 5005 PMB# 116<br>Rancho Santa Fe CA 92067 | dcanterbury.kyz@gmail.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $91,562.82 |
| 15 | W.H. Thomas Oil Co Inc<br>P.O. Box 890<br>702 Greasy Ridge Road<br>Clanton AL 35046 | dan@whthomasoil.com<br>Tel: (205) 755-2610 | Trade | ☐ C<br>☐ U<br>☐ D | | | $84,796.17 |
| 16 | GCR Tires and Service<br>P.O. Box 910530<br>Denver CO 80291-0530 | westbrookjames@bfusa.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $73,732.22 |
| 17 | TerraPro<br>P.O. Box 213<br>Jasper AL 35502 | michelle@terrapro@gmail.com<br>Tel: (205) 483-8070 | Trade | ☐ C<br>☐ U<br>☐ D | | | $61,657.41 |
| 18 | Warrior Tractor & Equipment<br>P.O. Box 412<br>Northport AL 35476 | wte006@warriortractor.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $61,596.00 |
| 19 | Perry Supply, Inc.<br>P.O. Box 1237<br>Birmingham AL 35203 | Lisa Sexton<br>lsexton@perrysupply.com | Trade | ☐ C<br>☐ U<br>☐ D | | | $54,092.11 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Hydra Service Inc  P.O. Box 365  Warrior AL 35180 | acctsrec@hydraservice.net | Trade | ☐ C  ☐ U  ☐ D | | | $45,209.32 |
| 21 | Southern Tire Mart  Dept. 143  P.O. Box 1000  Memphis TN 38148-0143 | Danny Helms  danny.helms@stmtires.com  Tel: (205) 384-3440 | Trade | ☐ C  ☐ U  ☐ D | | | $42,734.21 |
| 22 | McGehee Engineering Corp  P.O. Box 3431  Jasper AL 35502-3431 | melissa@mcgehee.org | Trade | ☐ C  ☐ U  ☐ D | | | $42,426.25 |
| 23 | Raccoon Mountain MLT  7802 Highway 78  Cordova AL 35550 | | Trade | ☐ C  ☐ U  ☐ D | | | $38,458.19 |
| 24 | Mineral Labs, Inc.  P.O. Box 549  Salyersville KY 41465 | Kelly Broome  kellybroome@minerallabs.com  Tel: (606) 349-6145 | Trade | ☐ C  ☐ U  ☐ D | | | $38,127.40 |
| 25 | Sandvik Mining & Construction USA LLC  Dep CH-10576  Palatine IL 60055-0576 | Diane Holbrook  diane.holbrook@sandvik.com | Trade | ☐ C  ☐ U  ☐ D | | | $37,474.20 |
| 26 | S&S Heavy Equipment AC Service  13534 Deerlick Road  Tuscaloosa AL 35406 | wsand33@gmail.com  Tel: (205) 765-4558 | Trade | ☐ C  ☐ U  ☐ D | | | $34,681.75 |
| 27 | Fredrickson & Arlyn L. Lynn Trust  1165 Lake Forest Circle  Birmingham AL 35244 | Mark Muir  mmuir@muirreportinggroup.com | Trade | ☐ C  ☐ U  ☐ D | | | $33,882.50 |
| 28 | Stewart Lubricants & Services  144 Citation Court  Birmingham AL 35209 | jeanette@stewartlubricants.com | Trade | ☐ C  ☐ U  ☐ D | | | $32,817.76 |
| 29 | Nalco Company  P.O. Box 70716  Chicago IL 60673-0716 | renee.hurd@ecolab.com | Trade | ☐ C  ☐ U  ☐ D | | | $26,845.07 |
| 30 | Wilson Machine & Welding Inc  14787 Highway 78  Cordova AL 35550 | r.baker@tuckeralbin.com | Trade | ☐ C  ☐ U  ☐ D | | | $23,226.33 |

Debtor **FM Coal, LLC, et al.**  Case number *(if known)* 20-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 31 | United States Treasury Mine Safety and Health Administration P.O. Box 790390 St. Loius MO 63179-0390 | | Trade | ☐ C ☐ U ☐ D | | | $20,000.00 |
| 32 | Jasper Industrial Maintenance Supply 1404 10th Avenue West Jasper AL 35501 | judy@jasperind.com | Trade | ☐ C ☐ U ☐ D | | | $19,292.46 |
| 33 | Madison Materials P.O. Box 306 Guntersville AL 35976 | Tel: (205) 429-3807 | Trade | ☐ C ☐ U ☐ D | | | $17,818.38 |
| 34 | RDBT Enterprises, Inc. 18439 Highway 69, South Jasper AL 35501 | Tel: (205) 384-0250 | Trade | ☐ C ☐ U ☐ D | | | $17,425.00 |
| 35 | Cowin Equipment Co., Inc. P.O. Bo 10624 Birmingham AL 35202 | dpatterson@cowin.com Tel: (205) 841-6666 | Trade | ☐ C ☐ U ☐ D | | | $17,099.18 |
| 36 | Nabors Radiator & Elec. Serv. Co. 617 25th Street South Birmingham AL 35233 | lisa@naborsdiesel.com Tel: (205) 252-6133 | Trade | ☐ C ☐ U ☐ D | | | $17,045.83 |
| 37 | G & R Mineral Services, Inc. P.O. Box 100939 2355 Alton Road Birmingham AL 35210 | Tel: (205) 956-7305 | Trade | ☐ C ☐ U ☐ D | | | $16,300.00 |
| 38 | Office of Surface Mining Reclamation and Enforcement P.O. Box 360095M Pittsburg PA 15251-6095 | getinfo@osmre.gov | Trade | ☐ C ☐ U ☐ D | | | $15,903.82 |
| 39 | Komatsu 8770 W. Brun Mawr Ave. Suite 100 Chicago IL 60631 | Dylan Tysiak dytysiak@komatsuna.com Tel: (847) 437-0057 | Trade | ☐ C ☑ U ☐ D | | | Undetermined |
| 40 | Alabama Department of Revenue Business & License Tax Div. Severance Taxes P.O. Box 327560 Montgomery AL 36132-7560 | Tel: (334) 242-9612 Fax: (334) 353-1809 | Coal Severance Taxes | ☐ C ☑ U ☐ D | | | Undetermined |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims    Page 4

Case 20-02783-TOM11    Doc 2    Filed 09/01/20    Entered 09/01/20 14:17:57    Desc Main
Document    Page 4 of 5

**Fill in this information to identify the case:**

Debtor name: **FM Coal, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration  **First Day Motions Filed Contemporaneously Herewith**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2020     X /s/ Michael T. Costello
                              Signature of individual signing on behalf of debtor

**Michael Costello**
Printed name

**Sole Member**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 20-02783-TOM11   Doc 2   Filed 09/01/20   Entered 09/01/20 14:17:57   Desc Main
Document      Page 5 of 5